IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

   Plaintiff,      No. CIV S-10-2968 EFB P

 vs.

D. SANDS,

   Defendant.     <u>ORDER</u>

            /

  Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

  A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

  Here, the single named defendant is located in Monterey County, California which is in the Northern District of California. In addition, the majority of plaintiff's claims occurred in Monterey County. Therefore, in the interest of justice, this action is transferred to the United

1  States District Court for the Northern District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v.*
2  *McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).
3     So ordered.
4  DATED:  November 10, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE